IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 101**

|  |  |
|---|---|
| MARIA E. PENALOZA, ) | |
| SENOBIO M. ORTIZ, ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| RICHARD GOTTLIEB, *et al* ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the motion of plaintiffs Maria E. Penaloza and Senobio M. Ortiz to allow **Scott Bratton** to appear *Pro Hac Vice*, dated March 5, 2007 [doc. #3].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Bratton has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 6, 2007

Graham C. Mullen
United States District Judge