IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV101

| | |
|---|---|
| MARIA E. PENALOZA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| RICHARD GOTTLIEB, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon Plaintiff's Motion to Dismiss Complaint, filed March 22, 2007. The Defendants have not filed Answers. Accordingly, pursuant to Rule 41(a)(1),

IT IS THEREFORE ORDERED that this case is hereby DISMISSED.

Signed: March 28, 2007

Graham C. Mullen
United States District Judge